**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| James Samuels, | |
| *Plaintiff*, | Case No. 3:25-cv-50212 |
| *v.* | Hon. Michael F. Iasparro |
| Silva et al, | |
| *Defendant(S)*. | |

**REPORT AND RECOMMENDATION**


      For the reasons stated on the record, Defendants Wexford Health Sources, Inc. and Andrea Tack were named as nominal Defendants in this case solely for purposes of identifying the John Doe Defendants, who have now been identified as Tact Team Officers Ditzler and Keene [44]. Accordingly, it is this Court's Report and Recommendation that Defendants Wexford Health Sources, Inc. and Andrea Tack be dismissed as Defendants. Any objection to this report and recommendation must be filed by 12/4/2025. See Fed. R. Civ. P. 72(b). The failure to file a timely objection may result in the waiver of objections on appeal. See Provident Bank v. Manor Steel Corp., 882 F.2d 258, 260-61 (7th Cir. 1989).


Entered: November 20, 2025          By: _____

                                                     Michael F. Iasparro
                                                     U.S. Magistrate Judge