### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| James Samuels (M-04123), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 25 C 50212 |
| v. | ) | |
| | ) | Hon. Iain D. Johnston |
| Tact Team Officer Silva, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

No objections were made to Magistrate Judge Iasparro's Nov. 20, 2025, Report and Recommendation dismissing Wexford Health Sources, Inc. and Andrea Tack as nominal Defendants in this case [52]. The Court adopts the Report and Recommendation, as these Defendants were in the case solely for the purpose of identifying and/or serving the named Defendants. Defendants Wexford Health Sources, Inc. and Andrea Tack are dismissed as Defendants in this action without prejudice. The Clerk is directed to send Plaintiff a copy of this order.

Date: December 16, 2025   By: _____
Iain D. Johnston
United States District Judge